UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-22998-CIV-MORENO**

PEDRO BOLIVAR, and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

FLORIDA JET AVIATION CLEANING SERVICES, INC., BEVERLY TAUBI, MICHAEL DAWSON, TOP FLORIDA CLEANING LLC, and MARTIN ARRUABARRENA,

    Defendants.
_____/

## ORDER DISMISSING PARTIES THAT WERE NOT SERVED

    THIS CAUSE came before the Court upon a *sua sponte* review of the record. The Plaintiff filed his complaint on **November 19, 2007**. This Court entered an Order **(D.E. No. 6)** on **April 11, 2008**, requiring the Plaintiff to show cause why Defendants Top Florida Cleaning LLC and Martin Arruabarrena should not be dismissed from this case for failure to serve the summons and complaint upon them within 120 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff filed a Response to the Court's Order to Show Cause and an Unopposed Motion for an Enlargement of Time to Serve Process on **April 18, 2008**.

    THE COURT has considered the Response to its Order to Show Cause, the Motion for Enlargement, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that the reasons set forth by Plaintiff for his failure to serve Defendants Top

Florida Cleaning LLC and Martin Arruabarrena within 120 days are insufficient to satisfy Federal Rule of Civil Procedure 4(m) and this Court's Order to Show Cause.  Therefore, it is

**ORDERED** that those Defendants are **DISMISSED** from this case without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record